No. 831. GRAY *v.* GULF MOBILE & OHIO RAILROAD Co. ET AL. C. A. 5th Cir. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted.

No. 832. SALERNO ET AL. *v.* KUHN ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 5997. ACOSTA *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Motion for leave to amend petition granted. Certiorari denied.

No. 5941. JENKINS *v.* RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE STEWART are of the opinion that certiorari should be granted.

No. 5981. SNYDER ET AL. *v.* ARIZONA. Ct. App. Ariz. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE MARSHALL are of the opinion that certiorari should be granted.

No. 6019. SULLIVAN *v.* SCAFATI, CORRECTIONAL SUPERINTENDENT. C. A. 1st Cir. Certiorari denied. MR. JUSTICE BLACKMUN is of. the opinion that certiorari should be granted.

No. 5630. ARZONICA *v.* CASSIDY ET AL., *ante,* p. 918. Motion for leave to file petition for rehearing denied.